# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Professional Agency Incorporated, | **NO. CV-25-03748-PHX-MTL** |
| Plaintiff, | **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |
| v. | |
| Juggernaut Innovations LLC, | |
| Defendant. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and Plaintiff having filed a Motion or Notice of Dismissal, this action is hereby dismissed its entirety without prejudice, and with each party to bear its own costs and attorneys' fees.

Debra D. Lucas
District Court Executive/Clerk of Court

March 31, 2026

s/ D. Draper
By    Deputy Clerk